IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States of America vs. Rachel Chaparro        Criminal Action No. 08-cr-00081-MSK

## Petition for Early Termination of Supervised Release

COMES NOW, Denise Dohanic, probation officer of the court, presenting an official report upon the conduct and attitude of Rachel Chaparro, who was placed on supervision by the Honorable C. Leroy Hansen sitting in the court at Albuquerque, New Mexico, on the 3rd day of October 2003, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

   1.  The defendant must participate in and successfully complete a substance abuse treatment program which may include drug testing. outpatient counseling, or residential placement.

   2.  The defendant must refrain from the use and possession of alcohol and other forms of intoxicants. She must not frequent places where alcohol is the primary item for sale.

**Jurisdiction of this case was transferred to the District of Colorado on February 12, 2008.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation; and (3) that, if the United States does not file a timely objection, the defendant be discharged from probation and the proceedings in the case be terminated.

Respectfully,

s/ Denise Dohanic
Denise Dohanic
Senior U.S. Probation Officer
Place: Grand Junction, Colorado
Date: January 12, 2009

## ORDER OF THE COURT

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this _12th day of January, 2009.

*/s/ Marcia S. Krieger*
Marcia S. Krieger
United States District Judge