IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00081-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RACHEL CHAPARRO,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On January 12, 2009, the probation officer submitted a petition for early termination of supervised release in this case. On January 12, 2009, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on January 15, 2009, and the United States does not object to the proposed relief. Accordingly, it is

        **ORDERED** that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 2nd day of February, 2009.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge